UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HUTT,<br><br>                Plaintiff,<br>     vs.<br>DEPUTY DOUGLAS, et al.,<br><br>                Defendants.<br>_____ | Case No. CV 11-1465 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Defendant Woods's motion to dismiss the First Amended Complaint is denied.

DATE: November 28, 2012          _____

                                          HON. OTIS D. WRIGHT<br>                                          UNITED STATES DISTRICT JUDGE